UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDNA CALAUSTRO,<br>Defendant. | No. CR 12-0054 JSW<br>~~[PROPOSED]~~ ORDER |

For good cause shown, IT IS HEREBY ORDERED that defendant Edna Calaustro shall be permitted to travel to Southern California from July 26, 2012 to July 29, 2012.

SO ORDERED.

DATED: 7-10-12

MARIA-ELENA JAMES
United States Magistrate Judge