STEVEN G. KALAR
Federal Public Defender
EDWARD J. HU (SBN: 260421)
Assistant Federal Public Defender
450 Golden Gate Ave., 19th Fl.
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
edward_hu@fd.org

Counsel for Defendant Edna CALAUSTRO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Edna CALAUSTRO, <br> Defendant. | CR-12-0054 JSW (MEJ) <br><br> STIPULATION AND [PROPOSED] ORDER FOR ORDER PERMITTING HOLIDAY TRAVEL. <br><br> Hon. Maria-Elena James |

Upon the foregoing stipulation and GOOD CAUSE being found, it is hereby ORDERED that the defendant Edna CALAUSTRO be permitted to travel to the Northern District of New York from December 23, 2012 to January 2, 2012.

IT IS FURTHER ORDERED that defendant keep Pretrial Services apprised of her itinerary and any travel plan changes.

IT IS SO ORDERED.

DATED: 12/4/12

_____
United States Chief Magistrate Judge