FILED
APR 1 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| USA,<br><br>    Plaintiff(s),<br>v.<br><br>EDNA CALAUSTRO,<br><br>    Defendant(s).<br>_____/ | No. C 12-00054-3 JSW (MEJ)<br><br>ORDER DIRECTING DEFENDANT EDNA CALAUSTRO TO REIMBURSE GOVERNMENT FOR CJA COUNSEL FUNDS |

Defendant Edna Calaustro appeared for hearing on April 18, 2013 for Identification of Counsel and on the Government's request for reimbursement of CJA counsel funds. The Court **GRANTS** defendant's request for appointment of private counsel Ryan J. King. Federal Public Defender, Edward Hu is released as counsel of record.

The Court also **ORDERS**:

That due to Defendant's change in her financial situation, she shall reimburse the Government a year and two months of CJA counsel funds, for a total of $2,800 for attorney fees, by April 19, 2013, no later than 5:00 p.m.

Dated: April 18, 2013

_____
Maria-Elena James
United States Magistrate Judge